# United States District Court
## Northern District of Illinois
### Eastern Division

The Netherlands　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　　Case Number: 11 C 1253

Phusion Prlojects

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment regarding the complaint and counterclaim is entered as follows:
1. The plaintiff has not duty to defend the defendant on the Kierman, McCarroll, Rivera, and Rupp lawsuits.

2. The plaintiff has a duty to defend the defendant on the Mustica lawsuit. All claims regarding the duty to indemnify are dismissed as unripe. Due to the mixed result, costs are not taxed in favor of either party.

　　　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

Date: 1/25/2012　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　/s/ Olga Rouse, Deputy Clerk